**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Delbert Craig,            )<br>              )<br>        Petitioner,     )<br>              )<br>     v.           )<br>              )<br>Dora Schriro, et al.,    )<br>              )<br>        Respondents.    )<br>_____) | CV 06-0626-PHX-PGR (MEA)<br><br>**ORDER** |

The Court having reviewed *de novo* the Report and Recommendation (Doc. 13) of Magistrate Judge Aspey, entered on August 29, 2006, and no party having filed any objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 13)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is DENIED and DISMISSED WITH PREJUDICE.  The Clerk of the Court is directed to enter judgment accordingly.

DATED this 5th day of October, 2006.

Paul G. Rosenblatt
United States District Judge